I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10.23.12

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT 23 2012

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO CRESPO-TORRES,<br><br>Petitioner,<br><br>vs.<br><br>TIMOTHY S. ROBBINS, et al.,<br><br>Respondent. | Case No. SACV 12-0664-TJH (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: October 18, 2012

TERRY J. HATTER, JR.,
UNITED STATES DISTRICT JUDGE